Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@Spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone (702) 454-4900
Facsimile  (702) 938-1055

Lawrence A. Fuller, Esq., *pro hac vice*
Lfuller@fullerfuller.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

JOHN MEGGS, Individually,

    Plaintiff,

vs.

BOULEVARD VENTURES LLC,
a Nevada Limited Liability Company,

    Defendant.
_____/

BOULEVARD VENTURES, LLC, a Nevada
Limited Liability Company,

    Third-Party Plaintiff,

vs.

MACY'S, INC., a Delaware Corporation,
J.C. PENNEY COMPANY, INC., a
Delaware Corporation, and J.C. PENNEY
CORPORATION, INC., a Delaware
Corporation, MACY'S WEST STORES, INC.,
an Ohio Corporation, RTKL NEVADA CORP.,
a Nevada Corporation, and M A MORTENSON
COMPANY, a Minnesota Corporation,

    Third-Party Defendants.
_____/

CASE NO. 2:14-cv-01535-APG-GWF

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE**
(only as to Third-Party Defendant
J.C. Penney Corporation, Inc.)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

(only as to Third-Party Defendant J.C. Penney Corporation, Inc.)

COMES NOW Plaintiff, John Meggs, through counsel, and herein voluntarily dismisses, with prejudice, any claim of Plaintiff Meggs against Third-Party Defendant J.C. Penney Corporation, Inc.

Nothing herein shall affect the pending claim of Plaintiff Meggs against Defendant Boulevard Ventures, LLC, or the pending claim of Defendant Boulevard Ventures, LLC against Third-Party Defendant Macy's, Inc.

Respectfully submitted,

Dated: September 21, 2015

/s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

Robert P. Spretnak, Esq. (NV Bar No. 5135)
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Bob@spretnak.com

*Counsel for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

Dated:  September 22, 2015.

_____
UNITED STATES DISTRICT JUDGE