# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MEGGS,

        Plaintiff,

vs.

BOULEVARD VENTURES, LLC,

        Defendant.

Case No. 2:14-cv-01535-APG-GWF

**ORDER**

        This matter is before the Court on Third-Party Plaintiff's Motion to Extend Time for Service of Process (#91), filed September 26, 2015 and Plaintiff's Response (#93).  Upon review and consideration,

        **IT IS HEREBY ORDERED** that Third-Party Plaintiff's Motion to Extend Time for Service of Process (#91) is **granted**.  Third-Party Plaintiff shall have thirty (30) days from the date of this Order in which to serve Third-Party Defendants.

        **IT IS FURTHER ORDERED** that the hearing scheduled for November 10, 2015 at 2:30 p.m. is **vacated**.

        DATED this 9th day of November, 2015.

        _____
        GEORGE FOLEY, JR.
        United States Magistrate Judge