James E. Shapiro, Esq.
Nevada Bar No. 7907
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
SMITH & SHAPIRO, PLLC
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074
(702) 318-5033
*Attorneys for Boulevard Ventures, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DISTRICT

JOHN MEGGS, individually,

   Plaintiff,

vs.

BOULEVARD VENTURES, LLC, a Nevada limited liability company,

   Defendants.

BOULEVARD VENTURES, LLC, a Nevada limited liability company,

   Third-Party Plaintiff,

vs.

MACY'S, INC., a Delaware Corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; and J.C. PENNEY CORPORATION, INC., a Delaware corporation, MACY'S WEST STORES, INC., an Ohio corporation; RTKL NEVADA CORP., a Nevada corporation; and M A MORTENSON COMPANY, a Minnesota Corporation.

   Third-Party Defendants

Case No. 2:14-cv-1535-APG-GWF

**ORDER**

### STIPULATION TO DISMISS RTKL NEVADA CORP

IT IS HEREBY STIPULATED AND AGREED, by and between Third-Party Plaintiff, BOULEVARD VENTURES, LLC ("***Boulevard***") by and through its attorneys of record, SMITH & SHAPIRO, PLLC; and Third-Party Defendant RTKL NEVADA CORP("***RTKL***"), by and through its attorneys of record, WEIL & DRAGE, APC, that all of Third-Party Plaintiff Boulevard's claims

against Third-Party Defendant, RTKL, are and shall be dismissed, each party to bear their own attorney's fees and costs, and Third-Party Defendant, RTKL, shall be dismissed as a Third-Party Defendant in the present action. This dismissal shall be with prejudice only as to the specific claims asserted by Mr. John Meggs against Boulevard Ventures, LLC in the present matter. This dismissal shall be without prejudice as to, and shall not affect, any other or future claims made by any party other than Mr. John Meggs.

IT IS FURTHER STIPULATED that this Stipulation does not affect any of Third-Party Plaintiff's claims against the remaining Third-Party Defendants, all of which shall remain in full force and effect.

Dated this 19 day of January, 2016.

SMITH & SHAPIRO, PLLC

James E. Shapiro, Esq.
Nevada Bar No. 7907
2520 St. Rose Pkwy., Suite 220
Henderson, NV 89074
*Attorneys for Third-Party Plaintiff,
BOULEVARD VENTURES, LLC*

Dated this 19th day of January, 2016.

WEIL & DRAGE, APC

John P. Wendland, Esq.
Nevada Bar No. 7207
2500 Anthem Village Drive
Henderson, NV 89052
*Attorneys for Third-Party Defendant,
RTKL NEVADA CORP*

### ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: January 20, 2016.

_____
UNITED STATES DISTRICT JUDGE