# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MEGGS,

        Plaintiff,

vs.

BOULEVARD VENTURES, LLC,

        Defendant.

Case No. 2:14-cv-01535-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Scheduling Order and Trial Date (#115), filed on April 1, 2016.

Plaintiff requests that the Court issue a new scheduling order delineating when the parties must file their Joint Pretrial Order. Plaintiff represents that both parties' Motions for Summary Judgment (#46, #74) were denied on March 30, 2016. *See Order (#114)*. The current Scheduling Order (#28) filed in this matter states that "[I]n the event that dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court." *Scheduling Order (#28), pg. 2, ln. 7-9*. Therefore, the Joint Pretrial Order is due no later than Friday, April 29, 2016. Plaintiff's motion does not request an extension of that deadline. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Scheduling Order and Trial Date (#115) is **denied**. The parties shall file their Joint Pre-Trial Order no later than **Friday, April 29, 2016**.

DATED this 4th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge