**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JOHN MEGGS,<br><br>    Plaintiff,<br><br>v.<br><br>BOULEVARD VENTURES LLC,<br><br>    Defendant. | Case No. 2:14-cv-01535-APG-GWF<br><br>**ORDER SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 117),

IT IS ORDERED that the parties shall file a stipulation to dismiss this case, or a joint status report regarding settlement, on or before June 17, 2016.

DATED this 3rd day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE