James E. Shapiro, Esq.
Nevada Bar No. 7907
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
SMITH & SHAPIRO, PLLC
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074
(702) 318-5033
*Attorneys for Boulevard Ventures, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DISTRICT**

| | |
|---|---|
| JOHN MEGGS, individually,<br><br>                Plaintiff,<br><br>vs.<br><br>BOULEVARD VENTURES, LLC, a Nevada limited liability company,<br><br>                Defendants.<br>―――――――――――――――――<br>BOULEVARD VENTURES, LLC, a Nevada limited liability company,<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>MACY'S, INC., a Delaware Corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; and J.C. PENNEY CORPORATION, INC., a Delaware corporation, MACY'S WEST STORES, INC., an Ohio corporation; RTKL NEVADA CORP., a Nevada corporation; and M A MORTENSON COMPANY, a Minnesota Corporation.<br><br>                Third-Party Defendants | Case No. **2:14-cv-01535-APG-GWF**<br><br>**ORDER** |

**STIPULATION AND ORDER  TO DISMISS J.C. PENNEY, INC. AND J.C. PENNEY CORPORATION, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Third-Party Plaintiff, BOULEVARD VENTURES, LLC ("***Boulevard***") by and through its attorneys of record, SMITH & SHAPIRO, PLLC; Third-Party Defendants J.C. PENNEY COMPANY, INC. ("***J.C. Penney***") and J.C. PENNEY CORPORATION, INC. ("***J.C. Penney Corp.***") by and through its attorneys of record,

1  THORNDAL AMRSTRONG DELK BALKENBUSH & EISINGER LAW OFFICES, hereby
2  stipulate and agree that all of Third-Party Plaintiffs' claims against Third-Party Defendants, J.C.
3  Penney and J.C. Penney Corp. are and shall be dismissed, each party to bear their own attorney's
4  fees and costs, and Third-Party Defendants, J.C. Penney and J.C. Penney Corp. shall be dismissed
5  as a Third-Party Defendants in the present action.  This dismissal shall be with prejudice only as to
6  Boulevard's claims for Indemnity and Declaratory Relief relating to the specific claims asserted by
7  Mr. John Meggs against Boulevard Ventures, LLC in the present matter.  This dismissal shall be
8  without prejudice as to, and shall not affect, any other or future claims made by anyone other than
9  Mr. John Meggs, nor any future claims made by Mr. John Meggs.

Dated this 14th day of June, 2016.

SMITH & SHAPIRO, PLLC

/s/ James E. Shapiro, Esq.

James E. Shapiro, Esq.
Nevada Bar No. 7907
2520 St. Rose Pkwy., Suite 220
Henderson, NV 89074
*Attorneys for Third-Party Plaintiff*

Dated this 14th day of June, 2016.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER LAW
OFFICES

/s/ Brian K. Terry, Esq.

Brian K. Terry, Esq.
Nevada Bar No. 3171
1100 E. Bridger Ave.
Las Vegas, NV 89101
*Attorneys for Third-Party Defendants*
J.C. Penney Corporation, Inc. and
J.C. Penney, Inc.

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  June 14, 2016.

_____
DISTRICT COURT JUDGE