James E. Shapiro, Esq.
Nevada Bar No. 7907
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
SMITH & SHAPIRO, PLLC
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074
(702) 318-5033
*Attorneys for Boulevard Ventures, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**SOUTHERN DISTRICT**

| | |
|---|---|
| JOHN MEGGS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> BOULEVARD VENTURES, LLC, a Nevada limited liability company, <br><br> Defendants. <br><br>———————————————————<br><br> BOULEVARD VENTURES, LLC, a Nevada limited liability company, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MACY'S, INC., a Delaware Corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; and J.C. PENNEY CORPORATION, INC., a Delaware corporation, MACY'S WEST STORES, INC., an Ohio corporation; RTKL NEVADA CORP., a Nevada corporation; and M A MORTENSON COMPANY, a Minnesota Corporation. <br><br> Third-Party Defendants | Case No. **2:14-cv-01535-APG-GWF** <br><br> **ORDER** |

**STIPULATION TO DISMISS BOULEVARD VENTURES, LLC**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOHN MEGGS ("***Meggs***") by and through his attorneys of record, FULLER, FULLER & ASSOCIATES, P.A.; and Defendant, BOULEVARD VENTURES, LLC ("***Boulevard***") by and through its attorneys of record, SMITH & SHAPIRO, PLLC, that all of Plaintiff Megg's claims against Defendant, Boulevard, are

1  and shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs, and
2  Defendant Boulevard, shall be dismissed as a Defendant in the present action.
3      IT IS FURTHER STIPULATED that this Stipulation does not affect any of Third-Party
4  Plaintiff's claims against the remaining Third-Party Defendants, all of which shall remain in full
5  force and effect.

6  Dated this 14th day of June, 2016.                    Dated this 14th day of June, 2016.
7  SMITH & SHAPIRO, PLLC                                 FULLER, FULLER & ASSOCIATES, P.A.

10  /s / James E. Shapiro, Esq.                          /s/ Lawrence A. Fuller, Esq.

James E. Shapiro, Esq.                                  Lawrence A. Fuller , Esq.
Nevada Bar No. 7907                                     Florida Bar No. 180470
2520 St. Rose Pkwy., Suite 220                          12000 Biscayne Blvd., Suite 502
Henderson, NV  89074                                    North Miami, FL 33181
*Attorneys for Defendant*,                              *Attorneys for Plaintiff, JOHN MEGGS*
*BOULEVARD VENTURES, LLC*

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  June 16, 2016.

_____
DISTRICT COURT JUDGE

SMITH & SHAPIRO, PLLC
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074
(702) 318-5033