**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN MEGGS, | Case No. 2:14-cv-01535-APG-GWF |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| BOULEVARD VENTURES LLC, | |
| Defendant. | |

The parties were directed to file a joint pretrial order on or before April 29, 2016, but no proposed joint pretrial order has been filed. ECF No. 116. Although most of the parties in this case have settled, the claims against third party defendants Macy's, Inc. and Macy's West Stores, Inc. remain pending.

IT IS THEREFORE ORDERED that the parties shall file a either a proposed joint pretrial order or a joint status report on the remaining claims on or before June 30, 2016.

DATED this 16th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE