James E. Shapiro, Esq.
Nevada Bar No. 7907
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
SMITH & SHAPIRO, PLLC
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074
(702) 318-5033
*Attorneys for Boulevard Ventures, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
SOUTHERN DISTRICT**

| | |
|---|---|
| JOHN MEGGS, individually,<br><br>      Plaintiff,<br><br>vs.<br><br>BOULEVARD VENTURES, LLC, a Nevada limited liability company,<br><br>      Defendants.<br>_____<br>BOULEVARD VENTURES, LLC, a Nevada limited liability company,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>MACY'S, INC., a Delaware Corporation; J.C. PENNEY COMPANY, INC., a Delaware corporation; and J.C. PENNEY CORPORATION, INC., a Delaware corporation, MACY'S WEST STORES, INC., an Ohio corporation; RTKL NEVADA CORP., a Nevada corporation; and M A MORTENSON COMPANY, a Minnesota Corporation.<br><br>      Third-Party Defendants | Case No. **2:14-cv-01535-APG-GWF**<br><br>**ORDER** |

**STIPULATION AND ORDER TO DISMISS MACY'S, INC.
AND MACY'S WEST STORES, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Third-Party Plaintiff, BOULEVARD VENTURES, LLC ("***Boulevard***") by and through its attorneys of record, SMITH & SHAPIRO, PLLC; Third-Party Defendant MACY'S, INC. ("***Macy's***") and MACY'S WEST STORES, INC. ("***Macy's West***"), by and through their attorneys of record, JACKSON LEWIS, P.C.

and MACY'S LAW DEPARTMENT, hereby stipulate and agree that all of Third-Party Plaintiffs' claims against Third-Party Defendants, Macy's, and Macy's West are and shall be dismissed, each party to bear their own attorney's fees and costs, and Third-Party Defendants Macy's and Macy's West, shall be dismissed as a Third-Party Defendants in the present action. This dismissal shall be with prejudice only as to the specific claims asserted by Mr. John Meggs against Boulevard Ventures, LLC in the present matter. This dismissal shall be without prejudice as to, and shall not affect, any other or future claims made by anyone other than Mr. John Meggs, nor any future claims made by Mr. John Meggs.

| | |
|---|---|
| Dated this 16th day of June, 2016. | Dated this 16th day of June, 2016. |
| SMITH & SHAPIRO, PLLC | JACKSON LEWIS P.C. |
| /s/ James E. Shapiro, Esq. | /s/ Veronica Arechederra Hall, Esq. |
| James E. Shapiro, Esq.<br>Nevada Bar No. 7907<br>2520 St. Rose Pkwy., Suite 220<br>Henderson, NV 89074<br>*Attorneys for Third-Party Plaintiff*<br>*Boulevard Ventures, LLC* | Veronica Arechederra Hall, Esq.<br>Nevada Bar No. 5855<br>3883 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>*Attorneys for Macy's, Inc. and Macy's*<br>*West Stores, Inc.* |

Dated this 16th day of June, 2016.

MACY'S LAW DEPARTMENT

Julie L. Urzi, Esq.

Julie L. Urzi, Esq.
111 Boulder Industrial Drive, 2nd Floor
Bridgeton, MO 63044
*Admitted Pro Hac Vice*
*Attorneys for Macy's, Inc. and Macy's*
*West Stores, Inc.*

### ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: June 16, 2016.

_____
DISTRICT COURT JUDGE

SMITH & SHAPIRO, PLLC
2520 St. Rose Parkway, Suite 220
Henderson, Nevada 89074
(702) 318-5033